**Order entered February 4, 2014**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01316-CV

**HAWTHORNE, TAMMI, Appellant**

**V.**

**PREMIER COMMUNITIES MANAGEMENT, ET AL, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01936-2011**

## ORDER

The supplemental clerk's record is overdue in this appeal. On January 8, 2014, we ordered the Collin County District Clerk to file a supplemental clerk's record by January 22, 2014 containing (1) Defendant Huffines Communities, Inc.'s September 6, 2012 Second Motion for Traditional and No-Evidence Summary Judgment and (2) Plaintiff Tammi Hawthorne's October 4, 2012 Response to Defendant Huffines Communities, Inc.'s Second Motion for Traditional and No-Evidence Summary Judgment. To date, the Collin County District Clerk has neither filed the supplemental clerk's record nor otherwise corresponded with the Court regarding the record.

So that this appeal can proceed, we again **ORDER** the Collin County District Clerk to file by February 18, 2014, a supplemental clerk's record containing (1) Defendant Huffines

Communities, Inc.'s September 6, 2012 Second Motion for Traditional and No-Evidence Summary Judgment and (2) Plaintiff Tammi Hawthorne's October 4, 2012 Response to Defendant Huffines Communities, Inc.'s Second Motion for Traditional and No-Evidence Summary Judgment. If the supplemental clerk's record is not filed by the date specified, we will utilize the available remedies to obtain the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Andrea Stroh Thompson, Collin County District Clerk.


/s/  LANA MYERS
    PRESIDING JUSTICE